B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOBON, CATHERINE MARIE** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0516** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**40029 N HIDDEN BUNKER CT**<br>**ANTIOCH, IL**<br>ZIP Code **60002** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |
|---|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SOBON, CATHERINE MARIE** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Robert M. Kaplan                      August 11, 2013** <br> Signature of Attorney for Debtor(s)            (Date) <br> **Robert M. Kaplan 6206215** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **SOBON, CATHERINE MARIE** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ CATHERINE MARIE SOBON**

Signature of Debtor  **CATHERINE MARIE SOBON**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**August 11, 2013**

Date

### Signature of Attorney*

X  **/s/ Robert M. Kaplan**

Signature of Attorney for Debtor(s)

**Robert M. Kaplan 6206215**

Printed Name of Attorney for Debtor(s)

**Law Offices of Robert M. Kaplan, P.C.**

Firm Name

**1535 W. Schaumburg Road**
**Suite 204**
**Schaumburg, IL 60194**

Address

**Email: rmkap@sbcglobal.net**
**(847)895-9151  Fax: (847)895-7320**

Telephone Number

**August 11, 2013**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **CATHERINE MARIE SOBON**        Case No.

Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                               Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ CATHERINE MARIE SOBON**
                              **CATHERINE MARIE SOBON**

Date:    **August 11, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re   **CATHERINE MARIE SOBON**                                      ,          Case No. _____

                                               Debtor

                                                                                  Chapter                           **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 16,893.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 313,951.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 1,898.11 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,978.79 |
| Total Number of Sheets of ALL Schedules | | 31 | | | |
| Total Assets | | | 16,893.00 | | |
| Total Liabilities | | | | 318,951.42 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **CATHERINE MARIE SOBON** _____,

Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,898.11 |
| Average Expenses (from Schedule J, Line 18) | 2,978.79 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,056.39 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 313,951.42 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 313,951.42 |

B6A (Official Form 6A) (12/07)

.

In re    **CATHERINE MARIE SOBON**                                        ,    Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | **0.00** | (Total of this page) |
|  | Total > | **0.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **CATHERINE MARIE SOBON** _____,   Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: PERSONAL CHECKING ACCOUNT Location: CHASE** | - | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit: Security Deposit Held By Landlord** | - | 1,580.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and customary household goods and furnishings** | - | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothes: SELF AND 2 DAUGHTERS Location: 40029 N HIDDEN BUNKER CT  ANTIOCH, IL 60002** | - | 1,500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **5,630.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON** ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: VANGUARD 401K** **Location: VANGUARD** | - | 4,099.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    4,099.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **CATHERINE MARIE SOBON**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto: 2002 VW JETTA 170,000 MILES Location: 40029 N HIDDEN BUNKER CT  ANTIOCH, IL | - | 1,664.00 |
| | | Auto: 2005 MAZDA TRIBUTE 150,000 MILES Location: 40029 N HIDDEN BUNKER CT  ANTIOCH, IL 60002 | - | 5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 7,164.00 |
| (Total of this page) | |
| Total > | 16,893.00 |

Sheet __2__ of __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **CATHERINE MARIE SOBON**                                                   ,      Case No. _____
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: PERSONAL CHECKING ACCOUNT** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Location: CHASE** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothes: SELF AND 2 DAUGHTERS** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Location: 40029 N HIDDEN BUNKER CT ANTIOCH, IL 60002** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement: VANGUARD 401K** | **735 ILCS 5/12-1006** | **4,099.00** | **4,099.00** |
| **Location: VANGUARD** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto: 2002 VW JETTA 170,000 MILES** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,664.00** |
| **Location: 40029 N HIDDEN BUNKER CT ANTIOCH, IL** | | | |

|  |  | Total: | **8,049.00** | **7,313.00** |
|---|---|---|---|---|

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **CATHERINE MARIE SOBON**                                                    Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | 05/16/2013 | | | | | |
| | | | | Car Loan | | | | | |
| **CONSUMERS COOPERATIVE CREDIT UNION** | | | | **Auto: 2005 MAZDA TRIBUTE** | | | | | |
| **LAKE ST** | X | - | | **150,000 MILES** | | | X | | |
| **MUNDELEIN, IL 60060** | | | | **Location: 40029 N HIDDEN BUNKER CT ANTIOCH, IL 60002** | | | | | |
| | | | | Value $            5,500.00 | | | | 5,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__  continuation sheets attached | Subtotal (Total of this page) | | 5,000.00 | 0.00 |
| | Total (Report on Summary of Schedules) | | 5,000.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re  **CATHERINE MARIE SOBON**                                              Case No. _____
                                                    ,
                                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **CATHERINE MARIE SOBON**                                                    Case No. _____
                                                                    ,
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8692** <br><br> **ADVOCATE CHRIST HOSPITAL PO BOX 1010 TINLEY PARK, IL 60477** | - | | 09/6/2010 <br> **Medical Bill** | | | | 800.25 |
| Account No. **xxxxx8620** <br><br> **ADVOCATE CONDELL MED CNTR PO BOX 6572 CAROL STREAM, IL 60197** | - | | 01/12/2012 <br> **Medical Bill** | | | X | 3,669.00 |
| Account No. **xxxxx0063** <br><br> **ADVOCATE HEALTH CARE PO BOX 70014 CHICAGO, IL 60673** | - | | 01/13/2012 <br> **Medical Bill** | | | X | 492.00 |
| Account No. **xxx6048** <br><br> **ADVOCATE MEDICAL GROUP 332 S MICHIGAN AVE STE 600 CHICAGO, IL 60604** | - | | 09/2/2010 <br> **Medical Bill** | | | X | 235.50 |

__18__   continuation sheets attached

Subtotal
(Total of this page)                5,196.75

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATHERINE MARIE SOBON**                                              ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxXXXX**<br><br>**ALLIED INTERSTATE LLC**<br>**13111 E BRYERWOOD AVE**<br>**STE 340**<br>**CENTENNIAL, CO 80015** | - | | | | | | | 822.00 |
| Account No. **xxxxxx5398**<br><br>**AMERICAS SERVICING CO**<br>**3476 STATEVIEW BLVD**<br>**FORT MILL, SC 29715** | - | | | **FORECLOSED MORTGAGE** | | | | 255,375.29 |
| Account No. **xxxxx-xxxxxx2248**<br><br>**ANTIOCH DIST LIBRARY**<br>**757 MAIN ST**<br>**ANTIOCH, IL 60002** | - | | | 07/27/2011<br>**LIBRARY FINES** | | | | 87.68 |
| Account No. **xxxxxXXXX**<br><br>**ASSET ACCEPTANCE LLC**<br>**310 S MICHIGAN AVE**<br>**CHICAGO, IL 60606** | - | | | | | | | 424.00 |
| Account No. **xxx-xxx-xxx4-115**<br><br>**AT&T**<br>**PO BOX 3910**<br>**TUPELO, MS 38803** | - | | | **Utilities** | | | | 83.20 |

Sheet no. __**1**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

256,792.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                                  ,      Case No. _____

                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical Bill | | | | |
| BLENDING FAMILIES 800 N MAIN ST STE 5 ANTIOCH, IL 60002 | - | | | | | | 80.00 |
| Account No. xxxxxxxxXXXX | | | | | | | |
| CAPITOL ONE PO BOX 30285 SALT LAKE CITY, UT 84130 | - | | | | | | 530.00 |
| Account No. x8179 | | | 02/3/2011 Medical Bill | | | | |
| CENTRAL CHIROPRACTIC 521 W CENTRAL RD STE 2 MOUNT PROSPECT, IL 60056 | - | | | | | | 84.50 |
| Account No. XXXXXXXXXXXX3236 | | | Store Card | | | | |
| CITI BANK-HOME DEPOT 10965 DECATUR RD PHILADELPHIA, PA 19154 | - | | | | | X | 3,172.34 |
| Account No. 4XXXX | | | SHELL GAS STATION CREDI CARD | | | | |
| CITI-BANK SHELL 100 CITIBNK DR SAN ANTONIO, TX 78245 | - | | | | | | 1,636.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,502.84**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx0460** <br><br> **COLETTI PHYSICAL THERAPY** <br> **543 ORCHARD ST** <br> **ANTIOCH, IL 60062** | - | | | | 03/15/2011 <br> **Medical Bill** | | | | 1,005.00 |
| Account No. **xxxxxx9065** <br><br> **COM ED** <br> **123 MAIN** <br> **CHICAGO, IL 60655** | - | | | | **Utility Bill** | | | X | 778.00 |
| Account No. **xxxxxxxxxxxx6801** <br><br> **COMCAST** <br> **PO BOX 3002** <br> **SOUTHEASTER, PA 19398** | - | | | | **Utility Bill** | | | | 502.68 |
| Account No. **xxx x0829** <br><br> **CONSULTANTS IN CLINICAL PATHOLOGY** <br> **37416 EAGLE WAY** <br> **CHICAGO, IL 60678** | - | | | | 10/15/2010 <br> **Medical Bill** | | | | 47.00 |
| Account No. **xxxxx-xxxxxxxxxxxxx2011** <br><br> **CONSUMERS CO-OPERATIVE CREDIT UNION** <br> **9525 SWEET VALLEY DR** <br> **VALLEY VIEW, OH 44125** | - | | | | **CHECKING ACCT Chase** | | | | 303.68 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,636.36

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

8/11/13 12:09PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                          ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxXXXX** | | | **Other Debt** | | | | |
| **CREDIT PROTECTION ASSOC**<br>**13355 NOEL RD**<br>**STE 2100**<br>**DALLAS, TX 75240** | - | | | | | | 339.00 |
| Account No. **xxxx6362** | | | **Cable Bill** | | | | |
| **DIRECTV**<br>**PO BOX 78626**<br>**PHOENIX, AZ 85062** | - | | | | | | 822.42 |
| Account No. **FALCO** | | | **08/30/2008**<br>**Eye Doctor bill** | | | | |
| **DONALD J BUSH**<br>**10434 S KEDZIE**<br>**CHICAGO, IL 60655** | | | | | | | 556.00 |
| Account No. **xxxx9772** | | | **10/14/2010**<br>**Medical Bill - SURGERY** | | | | |
| **DR GERALD CAHILL**<br>**PO BOX 1010**<br>**TINLEY PARK, IL 60477** | - | | | | | | 8,890.00 |
| Account No. **xxx-xxxx1406** | | | **10/14/2010**<br>**Medical Bill** | | | | |
| **EVERGREEN ANESTHESIA & PAIN**<br>**MGMT SER**<br>**PO BOX 631**<br>**LAKE FOREST, IL 60045** | - | | | | | | 1,755.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,362.42

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxx1295**<br><br>**EVERGREEN MEDICAL**<br>**2850 W 95TH ST**<br>**STE 403**<br>**EVERGREEN PARK, IL 60805** | X | - | | | 07/26/2010<br>**medical bill** | | | | 1,099.20 |
| Account No. **xxxxx0063**<br><br>**GOOD SHEPHERD HOSP**<br>**2250 E DEVON AVE STE 352**<br>**DES PLAINES, IL 60018** | | - | | | 01/13/2012<br>**Medical Bill** | | | | 32.77 |
| Account No. **xx6909**<br><br>**GREENLEAF ORTHOPAEDIC ASSOC**<br>**105 N GREENLEAF ST**<br>**GURNEE, IL 60031** | | - | | | 02/6/2012<br>**Medical Bill** | | | X | 321.00 |
| Account No. **xxxxXXXX**<br><br>**HARRIS & HARRIS LTD**<br>**222 MERCHANDISE**<br>**STE 61147**<br>**CHICAGO, IL 60654** | | - | | | | | | | 413.00 |
| Account No. **xxxxxxxxxxxx4529**<br><br>**HSBC BANK-BEST BUY**<br>**PO BOX 4865**<br>**BEAVERTON, OR 97076** | | - | | | **Store Card BEST BUY STOREE** | | | | 573.26 |

Sheet no. __5___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,439.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                     ,   Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx8672** <br><br> **ILLINOIS BONE & JOINT** <br> **5057 PAYSPHERE CIR** <br> **CHICAGO, IL 60674** | - | | | 03/14/2012 <br> **Medical Bill** | | | X | 327.00 |
| Account No. **xxxx9359** <br><br> **ILLINOIS BONE & JOINT** <br> **5057 PAYSPHERE CIR** <br> **CHICAGO, IL 60674** | - | | | 01/5/2011 <br> **Medical Bill** | | | X | 304.90 |
| Account No. **xxx8435** <br><br> **ILLINOIS BONE AND JOINT INST** <br> **5057 PAYSPHERE CIR** <br> **CHICAGO, IL 60674** | - | | | 02/29/2012 <br> **Medical Bill** | | | X | 115.00 |
| Account No. **xx-xxx2907** <br><br> **INFINITY HEALTHCARE PHYSICIANS** <br> **PO BOX 3261** <br> **MILWAUKEE, WI 63201** | - | | | 01/12/2012 <br> **Medical Bill** | | | X | 469.00 |
| Account No. **xxxxA000** <br><br> **JACKSON EYE** <br> **300 N MILWAUKEE** <br> **STE L** <br> **LAKE VILLA, IL 60046** | - | | | 01/4/2012 <br> **Medical Bill** | | | | 170.00 |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,385.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **XX-XXXX7270**<br><br>**KOHLS DEPARTMENT STORE**<br>**PO BOX 163250**<br>**COLUMBUS, OH 43216** | - | | | **Store Card KOHL'S STORE** | | | X | 1,915.75 |
| Account No. **xxxx*xxxx937.1**<br><br>**LAKE CO RADIOLOGY ASSOC**<br>**36104 TREASURY CNTR**<br>**CHICAGO, IL 60694** | - | | | 01/12/2012<br>**Medical Bill** | | | X | 171.00 |
| Account No. **xxx*xxx695.1**<br><br>**LAKE FOREST CLINICAL**<br>**75 REMITTANCE DR**<br>**DEPT 1895**<br>**CHICAGO, IL 60675** | - | | | 10/11/2010<br>**Medical Bill** | | | | 85.00 |
| Account No. **xxxxA000**<br><br>**LAKE SHORE DERMATOLOGY**<br>**351 S GREENLEAF ST STE E**<br>**PARK CITY, IL 60085** | - | | | 10/10/2010<br>**Medical Bill** | | | X | 352.60 |
| Account No. **xxxxxxxxxxCATH**<br><br>**LAWN OBGYN**<br>**16609 S 107TH CT**<br>**ORLAND PARK, IL 60467** | - | | | 01/7/2011<br>**Medical Bill** | | | X | 7.10 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,531.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**
_____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx1332** <br><br> **LCMH** <br> **2800 W 9TH ST** <br> **EVERGREEN PARK, IL 60805** | - | | | | **02/1/2009** <br> **Medical Bill** | | | X | 2,061.00 |
| Account No. **xxxxxxxx3734** <br><br> **LCMH** <br> **PO BOX 97677** <br> **CHICAGO, IL 60678** | - | | | | **02/11/2009** <br> **Medical Bill** | | | X | 2,905.00 |
| Account No. **xxxxxxxx2180** <br><br> **LCMH** <br> **PO BOX 97677** <br> **CHICAO, IL 60678** | - | | | | **07/15/2009** <br> **Medical Bill** | | | X | 392.00 |
| Account No. **xxxxxxxx3702** <br><br> **LCMH** <br> **PO BOX 97677** <br> **CHICAGO, IL 60678** | - | | | | **12/31/2008** <br> **Medical Bill** | | | X | 14.92 |
| Account No. **xxxxxxxx1278** <br><br> **LCMH** <br> **2800 W 95 ST** <br> **EVERGREEN PARK, IL 60805** | - | | | | **10/27/2008** <br> **Medical Bill** | | | X | 25.26 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,398.18

B6F (Official Form 6F) (12/07) - Cont.

In re __CATHERINE MARIE SOBON__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx6687** | | | | | 06/18/2009 Medical Bill | | | | |
| LCMH 2800 95 TH ST EVERGREEN PARK, IL 60805 | - | | | | | | | X | |
| | | | | | | | | | 481.89 |
| Account No. **xxxxxxxx5545** | | | | | 09/18/2009 Medical Bill | | | | |
| LCMH 2800 W 95TH ST EVERGREEN PARK, IL 60805 | - | | | | | | | X | |
| | | | | | | | | | 50.63 |
| Account No. **xxxxxxxx4227** | | | | | 09/28/2010 Medical Bill | | | | |
| LCMH 2800 W 95TH ST EVERGREEN PARK, IL 60805 | - | | | | | | | X | |
| | | | | | | | | | 29.68 |
| Account No. | | | | | 11/23/2010 Medical Bill | | | | |
| LCMH 2800 W 87TH ST CHICAGO, IL 60652 | - | | | | | | | X | |
| | | | | | | | | | 2,963.00 |
| Account No. **xxx0842** | | | | | 02/16/2011 Medical Bill | | | | |
| LOYLA U PHYSICIANS FOUNDATION 2160 S 1ST AVE MAYWOOD, IL 60153 | - | | | | | | | X | |
| | | | | | | | | | 1.40 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,526.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxxxxxx & xxxxxxxx7703**<br><br>**LOYOLA**<br>**2160 S 1ST AVE**<br>**MAYWOOD, IL 60153** | | - | | 03/11/2010<br>**Medical Bill** | | | X | 151.49 |
| Account No. **xxxxxxxx0021**<br><br>**LOYOLA UNIVERSITY MED CNTR**<br>**2160 S 1ST AVE**<br>**MAYWOOD, IL 60153** | | - | | 09/16/2010<br>**Medical Bill** | | | X | 12.77 |
| Account No. **xxxxxxxx-xxx3564**<br><br>**MID AMERICA CARIO CONSULTANTS**<br>**PO BOX 1010**<br>**TINLEY PARK, IL 60477** | | - | | 02/6/2010<br>**Medical Bill** | | | X | 21.18 |
| Account No. **xxx6408**<br><br>**MIDWAY EMERGENCY PHYSICIANS**<br>**5665 NEW NORTHSIDE DRQ**<br>**STE 340**<br>**ATLANTA, GA 30328** | | - | | 09/30/2011<br>**Medical Bill** | | | X | 15.40 |
| Account No. **xxxxxx7179**<br><br>**MIDWEST ANESTHESIA**<br>**PO BOX 1219**<br>**PARK RIDGE, IL 60068** | | - | | 11/15/2010<br>**Medical Bill** | | | X | 153.70 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          354.54

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **CATHERINE MARIE SOBON** ,                      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x-xxxxxx5708** <br><br> **MIDWEST DIAGNOSTIC PATH** <br> **75 REMITTANCE DR** <br> **STE 3070** <br> **CHICAGO, IL 60675** | - | | 03/8/2010 <br> **Medical Bill** | | | X | 99.55 |
| Account No. **xx5250** <br><br> **MIDWEST ORTH CONSULT** <br> **10719 W 160 ST** <br> **ORLAND PARK, IL 60467** | - | | 04/12/2010 <br> **Medical Bill** | | | X | 512.89 |
| Account No. **xx5250** <br><br> **MIDWEST ORTH CONSULT** <br> **10719 W 160 ST** <br> **ORLAND PARK, IL 60467** | - | | 04/12/2010 <br> **Medical Bill** | | | X | 512.89 |
| Account No. **xxxx6864** <br><br> **MIDWEST ORTHO CONSUL** <br> **75 REMITTANCE DR** <br> **CHICAGO, IL 60675** | - | | 12/2/2010 <br> **Medical Bill** | | | | 365.65 |
| Account No. **xxxxx6864** <br><br> **MIDWEST ORTHO CONSULT** <br> **75 REMITTANCE DR** <br> **CHICAGO, IL 60675** | - | | 12/2/2010 <br> **Medical Bill** | | | X | 155.20 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,646.18

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                                      ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H / W / J / C | | | | | |
| Account No. **xxx6864**<br><br>**MIDWEST ORTHO CONSULT**<br>**75 REMITTANCE DR**<br>**CHICAGO, IL 60675** | - | | **12/2/2010**<br>**Medical Bill** | | | X | 884.30 |
| Account No. **xxxxxxx1652**<br><br>**MINUET CLINIC DIAGNOSTIC OF IL**<br>**PO BOX 329**<br>**WOON SOCKET, RI 02895** | - | | **12/31/2009**<br>**Medical Bill** | | | X | 7.10 |
| Account No. **X306**<br><br>**MUNDELEIN PEDE**<br>**1170 E BELVIDERE**<br>**STE 106**<br>**GRAYSLAKE, IL 60030** | - | | **10/1/2010**<br>**Medical Bill** | | | X | 13.10 |
| Account No. **x5404**<br><br>**NICHOLAS RUGGIERO**<br>**1326 MAIN ST**<br>**STE A**<br>**ANTIOCH, IL 60002** | - | | **04/14/2011**<br>**Medical Bill** | | | X | 180.00 |
| Account No. **xxxx7826**<br><br>**NORTHWESTERN LAKE FOREST ER**<br>**75 REMITTANCE DR**<br>**STE 1951**<br>**CHICAGO, IL 60675** | - | | **05/19/2011**<br>**Medical Bill** | | | | 8.30 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,092.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON** ,                              Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx6795**<br><br>**NORTHWESTERN LAKE FOREST HOSPITAL**<br>**660 N WESTMORELAND RD**<br>**LAKE FOREST, IL 60045** | - | | | | 05/1/2013<br>**Medical Bill** | | | | 1,088.00 |
| Account No. **xxxx6132**<br><br>**NORTHWESTERN LAKE FOREST HOSPITAL**<br>**660 N WESTMORELAND RD**<br>**LAKE FOREST, IL 60045-1659** | - | | | | 10/8/2010<br>**Medical Bill** | | | X | 257.00 |
| Account No. **xxxx3476**<br><br>**NORTHWESTERN LAKE FOREST HOSPITAL**<br>**660 N WESTMORELAND RD**<br>**LAKE FOREST, IL 60045** | - | | | | 10/11/2010<br>**Medical Bill** | | | X | 1,121.00 |
| Account No. **xxxxx-x5962**<br><br>**PADDOCK PUBLICATIONS**<br>**1444 N MCDOWELL BLVD**<br>**PETALUMA, CA 94954** | - | | | | | | | | 52.50 |
| Account No. **x1559**<br><br>**PARKVIEW ORTHO**<br>**7600 W COLLEGE DR**<br>**PALOS HTS, IL 60463** | - | | | | 03/27/2009<br>**Medical Bill** | | | X | 158.10 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,676.60**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                      ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **FALCO** <br><br>PETTY BIELIK BURKE ORTHO<br>4233 W 95TH ST<br>OAK LAWN, IL 60453 | - | | | | 03/28/2011<br>Medical Bill | | | X | 800.00 |
| Account No. **xxxxx8211** <br><br>PLATE PASS<br>PO BOX 59995<br>PHOENIX, AZ 85076 | - | | | | 03/31/2009<br>RENTAL CAR I PASS | | | | 21.40 |
| Account No. **x9269** <br><br>PULMONARY MEDICINE CONSULTTNTS<br>2800 W 95TH ST<br>EVERGEEN PARK, IL 60805 | - | | | | 12/10/2008<br>Medical Bill | | | X | 5.70 |
| Account No. **x6842** <br><br>RADIOLOTY IMAGING SPECIALISTS<br>39645 TREASURY CTR<br>CHICAGO, IL 60694 | - | | | | 02/25/2011<br>Medical Bill | | | X | 68.00 |
| Account No. **xxxxxxxxxxX93 3** <br><br>SEARS<br>PO BOX 182149<br>COLUMBUS, OH 43218 | - | | | | Store Card SEARS CARD | | | X | 1,793.94 |

Sheet no. __**14**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 2,689.04 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                                  ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx1896<br><br>**STATE OF ILLINOIS TOLLWAY**<br>**2700 OGDEN AVE**<br>**DOWNERS GROVE, IL 60515** | - | | | **TOLLS** | | | | 639.00 |
| Account No. xxxXXXX<br><br>**STELLAR RECOVERY INC**<br>**4500 SALISBURY RD**<br>**STE 105**<br>**JACKSONVILLE, FL 32216** | - | | | | | | | 526.00 |
| Account No. X783<br><br>**SURGEONS OF LAKE CO**<br>**1870 W WINCHESTER**<br>**STE 112**<br>**LIBERTYVILLE, IL 60048** | | | | 09/5/2012<br>**Medical Bill** | | | X | 60.00 |
| Account No. x0089<br><br>**SW ORTHO**<br>**9618 SW HWY**<br>**OAK LAWN, IL 60453** | - | | | 03/19/2009<br>**Medical Bill** | | | X | 134.40 |
| Account No. x0503<br><br>**SW ORTHO**<br>**9618 SW HWY**<br>**OAK LAWN, IL 60453** | - | | | 01/9/2009<br>**Medical Bill** | | | X | 21.90 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,381.30

B6F (Official Form 6F) (12/07) - Cont.

In re **CATHERINE MARIE SOBON** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxC102**<br><br>SW PHYSICIANS GROUP<br>4861 W 95TH ST<br>OAK LAWN, IL 60453 | - | | | | 07/11/2006<br>Medical Bill | | | X | 182.00 |
| Account No. **xxxxxC101**<br><br>SW PHYSICIANS GROUP<br>4861 W 95TH ST<br>OAK LAWN, IL 60453 | - | | | | 04/24/2006<br>Medical Bill | | | X | 207.00 |
| Account No. **xxxxxxxxxxxx6912**<br><br>TARGET NATIONAL BANK<br>125 S WACKER DR<br>STE 400<br>CHICAGO, IL 60606 | - | | | | Charge Card VISA FROM TARGET STORE | | | X | 4,070.31 |
| Account No. **xx4052**<br><br>THE FOOT PHYSICIAN<br>331 W RANDALL RD<br>LAKE IN THE HILLS, IL 60156 | - | | | | 01/20/2011<br>Medical Bill | | | | 402.00 |
| Account No. **xx4051**<br><br>THE FOOT PHYSICIAN<br>331 N RANDALL RD<br>LAKE IN THE HILLS, IL 60156 | - | | | | 03/3/2011<br>Medical Bill | | | | 17.90 |

Sheet no. **16** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,879.21

B6F (Official Form 6F) (12/07) - Cont.

In re   **CATHERINE MARIE SOBON**                                      ,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9049** <br><br> **THE PRIVATE BANK & TRUST CO** <br> **7805 HUDSON RD** <br> **STE 100** <br> **WOODBURY, MN 55125** | - | | **BANK ACCT** | | | | 72.79 |
| Account No. **xxx xx6357** <br><br> **TRI COUNTY EMERGENCY PHYSI** <br> **PO BOX 369** <br> **BARRINGTON, IL 60011** | - | | 01/13/2012 <br> **Medical Bill** | | | X | 209.00 |
| Account No. **xxxxxxxxxxXXXX** <br><br> **UNIVERSAL FIDELITY** <br> **16325 W HEIMIER RD** <br> **HOUSTON, TX 77082** | - | | | | | | 57.00 |
| Account No. **xxxx1111** <br><br> **VISTA HEALTH SYSTEM** <br> **1324 N SHERIDAN RD** <br> **WAUKEGAN, IL 60085** | - | | 09/27/2011 <br> **Medical Bill** | | | X | 79.06 |
| Account No. **xxxxxxx-1866** <br><br> **VISTS MEDICAL CENTER EAST** <br> **9100 COMMERCE WAY** <br> **BRENTWOOD, TN 37027** | - | | 09/30/2011 <br> **Medical Bill** | | | | 30.93 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

448.78

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **CATHERINE MARIE SOBON**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **X710** | | - | | **11/8/2010**<br>**Medical Bill** | | | X | |
| **WCS CHIROPRACTIC**<br>**450 N SEYMOUR AVE**<br>**MUNDELEIN, IL 60060** | | | | | | | | 536.00 |
| Account No. **X710** | | - | | **11/17/2010**<br>**Medical Bill** | | | X | |
| **WCS CHIROPRACTICE PC**<br>**450 N SEYMOUR AVE**<br>**MUNDELEIN, IL 60060** | | | | | | | | 190.00 |
| Account No. **xxx-xxX-431** | | - | | **Store Card CLOTHING STORE** | | | X | |
| **WORLD FINANCIAL NETWORK NATL BANK-AVENU**<br>**PO BOX 659584**<br>**SAN ANTONIO, TX 78265** | | | | | | | | 285.07 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 1,011.07 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 313,951.42 |

B6G (Official Form 6G) (12/07)

.

In re    **CATHERINE MARIE SOBON**                                    ,         Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BOGUSLAW ROGUCKI**<br>**40029 N HIDDEN BUNKER CT**<br>**ANTIOCH, IL 60002** | **Lease  signed 04/1/2013 expires 04/1/2014**<br>**MONTHLY PAYMENTS OF $980/MTH PAY ALL**<br>**UTILITIES MYSELF GAS, ELECTRIC, WATER,**<br>**GARBAGE** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **CATHERINE MARIE SOBON** ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ANDY FALCO**<br>**716 WATERS EDGE DR**<br>**APT 109**<br>**LAKE VILLA, IL 60046** | **EVERGREEN MEDICAL**<br>**2850 W 95TH ST**<br>**STE 403**<br>**EVERGREEN PARK, IL 60805** |
| **GEORGE SOBON**<br>**18803 W HICKORY**<br>**MUNDELEIN, IL 60060** | **CONSUMERS COOPERATIVE CREDIT UNION**<br>**LAKE ST**<br>**MUNDELEIN, IL 60060** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **CATHERINE MARIE SOBON**                                              Case No. _____
                                   Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **DAUGHTER** **DAUGHTER** | AGE(S): **15** **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **DATA ENTRY** | |
| Name of Employer | **MEDLINE INDUSTRIES INC** | |
| How long employed | **1 Years, 9 Months** | |
| Address of Employer | **1 MEDLINE PLACE** **MUNDELEIN, IL 60060** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,969.20** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **145.17** | $ | **N/A** |
| 3. SUBTOTAL | $ | **3,114.37** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **665.99** | $ | **N/A** |
|    b. Insurance | $ | **163.52** | $ | **N/A** |
|    c. Union dues | $ | **0.00** | $ | **N/A** |
|    d. Other (Specify):   **401K** | $ | **303.33** | $ | **N/A** |
|          **LIFE** | $ | **83.42** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,216.26** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,898.11** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of     dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,898.11** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **1,898.11** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Ex-Husband sporadically pays me child support and maintenance. In 2013 he has paid $3465.00 in child support and $920.00 in maintenance.**

B6J (Official Form 6J) (12/07)

In re  **CATHERINE MARIE SOBON**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 980.00 |
|    a. Are real estate taxes included?  Yes ___  No **X** | | |
|    b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 68.53 |
|    b. Water and sewer | $ | 31.44 |
|    c. Telephone | $ | 226.82 |
|    d. Other  **See Detailed Expense Attachment** | $ | 93.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 480.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 440.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 199.00 |
|    e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 160.00 |
|    b. Other _____ | $ | 0.00 |
|    c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **WISCONSIN JRS VOLLEYBALL** | $ | 100.00 |
|    Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,978.79 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,898.11 |
| b.   Average monthly expenses from Line 18 above | $ | 2,978.79 |
| c.   Monthly net income (a. minus b.) | $ | -1,080.68 |

**B6J (Official Form 6J) (12/07)**

In re   **CATHERINE MARIE SOBON**                                                          Case No. _____

                                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **NICOR GAS** | $ | **67.00** |
| **GARBAGE** | $ | **26.00** |
| **Total Other Utility Expenditures** | $ | **93.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **CATHERINE MARIE SOBON**                                                     Case No.

_____                                 Chapter    **7**
                                                          Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 11, 2013**                      Signature   **/s/ CATHERINE MARIE SOBON**
                                                          **CATHERINE MARIE SOBON**
                                                          Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **CATHERINE MARIE SOBON**                                          Case No.
                                        Debtor(s)              Chapter        **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$24,415.77** | **2013 MEDLINE INDUSTRIES INC** |
| **$39,571.15** | **2012 MEDLINE INDUSTRIES INC** |
| **$20,000.00** | **2011 MEDLINE INDUSTRIES INC** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,465.00** | **2013 SPORADIC CHILD SUPPORT** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| $12,705.00 | 2012 SPORADIC CHILD SUPPORT |
| $3,465.00 | 2011 SPORADIC CHILD SUPPORT |
| $920.00 | 2013 ALIMONY |
| $1,725.00 | 2012 ALIMONY |
| $1,035.00 | 2011 ALIMONY |

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Robert M. Kaplan, P.C.**<br>**1535 W. Schaumburg Road**<br>**Suite 204**<br>**Schaumburg, IL 60194** | **none** | **none** |

B7 (Official Form 7) (04/13)
4

#### 10. Other transfers

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

---

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1500 MAIN ST**<br>**APT 1**<br>**ANTIOCH IL 60002-0000** | | **05/01/2011,05/331/2012** |
| **48629 N IL RTE 83**<br>**ANTIOCH IL 60002-0000** | | **08/01/2010,05/01/2011** |
| **10811 S KEDZIE**<br>**CHICAGO IL 60655-0000** | **CATHERINE FALCO** | **06/01/2000,08/01/2010** |
| **517 INDIAN RIDGE TRL**<br>**WAUCONDA IL 60084-0000** | | **05/26/2012,03/31/2013** |

---

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**ANDREW G FALCO**
**10/1993 - 9/2011**

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS         NATURE OF INTEREST         PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS         TITLE         NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME         ADDRESS         DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS         TITLE         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,         DATE AND PURPOSE         AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL         OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■      If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
         employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **August 11, 2013**                              Signature   **/s/ CATHERINE MARIE SOBON**
                                                                                 **CATHERINE MARIE SOBON**
                                                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **CATHERINE MARIE SOBON**

Debtor(s)

Case No. _____

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CONSUMERS COOPERATIVE CREDIT UNION** | **Describe Property Securing Debt:**<br>**Auto: 2005 MAZDA TRIBUTE**<br>**150,000 MILES**<br>**Location: 40029 N HIDDEN BUNKER CT  ANTIOCH, IL 60002** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **August 11, 2013**

Signature  **/s/ CATHERINE MARIE SOBON**
**CATHERINE MARIE SOBON**
Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **CATHERINE MARIE SOBON** 

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 900.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 900.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☐ Debtor    ■ Other (specify):   **Hyatt Legal Services**

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 11, 2013** _____

**/s/ Robert M. Kaplan** _____
**Robert M. Kaplan 6206215**
**Law Offices of Robert M. Kaplan, P.C.**
**1535 W. Schaumburg Road**
**Suite 204**
**Schaumburg, IL 60194**
**(847)895-9151   Fax: (847)895-7320**
**rmkap@sbcglobal.net**

---

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **CATHERINE MARIE SOBON** _____     Case No. _____

_____ Debtor(s)     Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**CATHERINE MARIE SOBON** _____     X **/s/ CATHERINE MARIE SOBON**     **August 11, 2013**

Printed Name(s) of Debtor(s)                 Signature of Debtor          Date

Case No. (if known) _____     X _____

                                            Signature of Joint Debtor (if any)     Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **CATHERINE MARIE SOBON**
_____
                                            Debtor(s)

Case No. _____
Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **114**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 11, 2013**
_____

**/s/ CATHERINE MARIE SOBON**
_____
**CATHERINE MARIE SOBON**
Signature of Debtor

ACADEMY COLLECTION SERVICE INC
10965 S DECATUR RD
PHILADELPHA, PA 19154

ADVOCATE CHRIST HOSPITAL
PO BOX 1010
TINLEY PARK, IL 60477

ADVOCATE CONDELL MED CNTR
PO BOX 6572
CAROL STREAM, IL 60197

ADVOCATE HEALTH CARE
PO BOX 70014
CHICAGO, IL 60673

ADVOCATE MEDICAL GROUP
332 S MICHIGAN AVE
STE 600
CHICAGO, IL 60604

ALLIED INTERSTATE
13111 E BRYERWOOD AVE
STE 340
CENTENNIAL, CO 80015

ALLIED INTERSTATE LLC
13111 E BRYERWOOD AVE
STE 340
CENTENNIAL, CO 80015

AMERICAS SERVICING CO
3476 STATEVIEW BLVD
FORT MILL, SC 29715

ANDY FALCO
716 WATERS EDGE DR
APT 109
LAKE VILLA, IL 60046

ANTIOCH DIST LIBRARY
757 MAIN ST
ANTIOCH, IL 60002

ASSEST ACCEPTANCE LLC
310 S MICHIGAN
CHICAGO, IL 60606


ASSET ACCEPTANCE LLC
310 S MICHIGAN AVE
CHICAGO, IL 60606


AT&T
PO BOX 3910
TUPELO, MS 38803


BLATT, HASENMILLER, LEIBSKER AND MOORE
125 S WACKER
STE 400
CHICAGO, IL 60606


BLENDING FAMILIES
800 N MAIN ST
STE 5
ANTIOCH, IL 60002


BOGUSLAW ROGUCKI
40029 N HIDDEN BUNKER CT
ANTIOCH, IL 60002


CAPITOL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130


CBCS
PO BOX 163250
COLUMBUS, OH 43216


CENTRAL CHIROPRACTIC
521 W CENTRAL RD
STE 2
MOUNT PROSPECT, IL 60056


CHEXSYSTEMS COLLECTION AGENCY
7805 HUDSON RD
STE 100
WOODBURY, MN 55125

CITI BANK-HOME DEPOT
10965 DECATUR RD
PHILADELPHIA, PA 19154


CITI-BANK SHELL
100 CITIBNK DR
SAN ANTONIO, TX 78245


COLETTI PHYSICAL THERAPY
543 ORCHARD ST
ANTIOCH, IL 60062


COM ED
123 MAIN
CHICAGO, IL 60655


COMCAST
PO BOX 3002
SOUTHEASTER, PA 19398


CONSOLIDATE PATHOLOGY
75 REMITTANCE DR
DEPT 1895
CHICAGO, IL 60675


CONSULTANTS IN CLINICAL PATHOLOGY
37416 EAGLE WAY
CHICAGO, IL 60678


CONSUMERS CO-OPERATIVE CREDIT UNION
9525 SWEET VALLEY DR
VALLEY VIEW, OH 44125


CONSUMERS COOPERATIVE CREDIT UNION
LAKE ST
MUNDELEIN, IL 60060


CREDIT PROTECTION ASSOC
13355 NOEL RD
STE 2100
DALLAS, TX 75240


DIRECTV
PO BOX 78626
PHOENIX, AZ 85062

DONALD J BUSH
10434 S KEDZIE
CHICAGO, IL 60655

DR GERALD CAHILL
PO BOX 1010
TINLEY PARK, IL 60477

DURHAM & DURHAM
PO BOX 1259
OAKS, PA 19456

EVERGREEN ANESTHESIA & PAIN MGMT SER
PO BOX 631
LAKE FOREST, IL 60045

EVERGREEN MEDICAL
2850 W 95TH ST
STE 403
EVERGREEN PARK, IL 60805

FRANKLIN COLLECTION SERVICE
PO BOX 3910
TUPELO, MS 38803

FREEDMAN ANSELMO LINDBERG & RAPPE LLC
1807 W DIEHL RD
STE 333
NAPERVILLE, IL 60563

GENISUS FINANCIAL SOLUTIONS
PO BOX 4865
BEAVERTON, OR 97076

GEORGE SOBON
18803 W HICKORY
MUNDELEIN, IL 60060

GOOD SHEPHERD HOSP
2250 E DEVON AVE STE 352
DES PLAINES, IL 60018

GREENLEAF ORTHOPAEDIC ASSOC
105 N GREENLEAF ST
GURNEE, IL 60031

HARRIS & HARRIS LTD
222 MERCHANDISE
STE 61147
CHICAGO, IL 60654


HSBC BANK-BEST BUY
PO BOX 4865
BEAVERTON, OR 97076


ICS
PO BOX1010
TINLEY PARK, IL 60477


ICS
PO BOX 1010
TINLEY PARK, IL 60477


ICS COLLECTION SERVICE
PO BOX 1010
TINLEY PARK, IL 60477


ILLINOIS BONE & JOINT
5057 PAYSPHERE CIR
CHICAGO, IL 60674


ILLINOIS BONE AND JOINT INST
5057 PAYSPHERE CIR
CHICAGO, IL 60674


INFINITY HEALTHCARE PHYSICIANS
PO BOX 3261
MILWAUKEE, WI 63201


JACKSON EYE
300 N MILWAUKEE
STE L
LAKE VILLA, IL 60046


KOHLS DEPARTMENT STORE
PO BOX 163250
COLUMBUS, OH 43216


LAKE CO RADIOLOGY ASSOC
36104 TREASURY CNTR
CHICAGO, IL 60694

```
LAKE FOREST CLINICAL
75 REMITTANCE DR
DEPT 1895
CHICAGO, IL 60675


LAKE SHORE DERMATOLOGY
351 S GREENLEAF ST STE E
PARK CITY, IL 60085


LAWN OBGYN
16609 S 107TH CT
ORLAND PARK, IL 60467


LCMH
2800 W 9TH ST
EVERGREEN PARK, IL 60805


LCMH
PO BOX 97677
CHICAGO, IL 60678


LCMH
PO BOX 97677
CHICAO, IL 60678


LCMH
2800 W 95 ST
EVERGREEN PARK, IL 60805


LCMH
2800 95 TH ST
EVERGREEN PARK, IL 60805


LCMH
2800 W 95TH ST
EVERGREEN PARK, IL 60805


LCMH
2800 W 87TH ST
CHICAGO, IL 60652


LOYLA U PHYSICIANS FOUNDATION
2160 S 1ST AVE
MAYWOOD, IL 60153
```

LOYOLA
2160 S 1ST AVE
MAYWOOD, IL 60153


LOYOLA UNIVERSITY MED CNTR
2160 S 1ST AVE
MAYWOOD, IL 60153


MALCOM S GERALD & ASSOC
332 S MICHIGAN AVE
STE 600
CHICAGO, IL 60644


MALCOM S GERALD & ASSOC INC
332 S MICHIGAN AVE
STE 600
CHICAGO, IL 60604


MEDICAL BUS BUREAU
PO BOX 1219
PARK RIDGE, IL 60068


MEDICAL RECOVERY SPECIALIST
2250 E DEVOAN AVE STE 352
DES PLAINES, IL 60018


MID AMERICA CARIO CONSULTANTS
PO BOX 1010
TINLEY PARK, IL 60477


MIDWAY EMERGENCY PHYSICIANS
5665 NEW NORTHSIDE DRQ
STE 340
ATLANTA, GA 30328


MIDWEST ANESTHESIA
PO BOX 1219
PARK RIDGE, IL 60068


MIDWEST DIAGNOSTIC PATH
75 REMITTANCE DR
STE 3070
CHICAGO, IL 60675

MIDWEST ORTH CONSULT
10719 W 160 ST
ORLAND PARK, IL 60467


MIDWEST ORTHO CONSUL
75 REMITTANCE DR
CHICAGO, IL 60675


MIDWEST ORTHO CONSULT
75 REMITTANCE DR
CHICAGO, IL 60675


MINUET CLINIC DIAGNOSTIC OF IL
PO BOX 329
WOON SOCKET, RI 02895


MUNDELEIN PEDE
1170 E BELVIDERE
STE 106
GRAYSLAKE, IL 60030


NATIONWIDE CREDIT
2002 SUMMIT BLVD
STE 600
ATLANTA, GA 30319


NATIONWIDE CREDIT & COLLECTION
PO BOX 3159
OAKBROOK, IL 60522


NATIONWIDE CREDIT & COLLECTION
PO BOX 3159
OAK BROOK, IL 60522


NATIONWIDE CREDIT & COLLECTION INC
PO BOX 3159
OAK BROOK, IL 60522


NICHOLAS RUGGIERO
1326 MAIN ST
STE A
ANTIOCH, IL 60002


NORTHWESTERN LAKE FOREST

NORTHWESTERN LAKE FOREST ER
75 REMITTANCE DR
STE 1951
CHICAGO, IL 60675


NORTHWESTERN LAKE FOREST HOSPITAL
660 N WESTMORELAND RD
LAKE FOREST, IL 60045


NORTHWESTERN LAKE FOREST HOSPITAL
660 N WESTMORELAND RD
LAKE FOREST, IL 60045-1659


OPTIO SOLUTIONS
1444 N MCDOWELL BLVD
PETALUMA, CA 94954


PADDOCK PUBLICATIONS
1444 N MCDOWELL BLVD
PETALUMA, CA 94954


PARKVIEW ORTHO
7600 W COLLEGE DR
PALOS HTS, IL 60463


PASI
PO BOX 188
BRENTWOOD, TN 37024


PETTY BIELIK BURKE ORTHO
4233 W 95TH ST
OAK LAWN, IL 60453


PLATE PASS
PO BOX 59995
PHOENIX, AZ 85076


PULMONARY MEDICINE CONSULTTNTS
2800 W 95TH ST
EVERGEEN PARK, IL 60805


RADIOLOTY IMAGING SPECIALISTS
39645 TREASURY CTR
CHICAGO, IL 60694

SEARS
PO BOX 182149
COLUMBUS, OH 43218


STATE OF ILLINOIS TOLLWAY
2700 OGDEN AVE
DOWNERS GROVE, IL 60515


STELLAR RECOVERY INC
4500 SALISBURY RD
STE 105
JACKSONVILLE, FL 32216


SURGEONS OF LAKE CO
1870 W WINCHESTER
STE 112
LIBERTYVILLE, IL 60048


SW ORTHO
9618 SW HWY
OAK LAWN, IL 60453


SW PHYSICIANS GROUP
4861 W 95TH ST
OAK LAWN, IL 60453


TARGET NATIONAL BANK
125 S WACKER DR
STE 400
CHICAGO, IL 60606


THE FOOT PHYSICIAN
331 W RANDALL RD
LAKE IN THE HILLS, IL 60156


THE FOOT PHYSICIAN
331 N RANDALL RD
LAKE IN THE HILLS, IL 60156


THE PRIVATE BANK & TRUST CO
7805 HUDSON RD
STE 100
WOODBURY, MN 55125

TRANSWORLD SYSTEMS INC
PO BOX 15520
WILMINGTON, DE 19850


TRI COUNTY EMERGENCY PHYSI
PO BOX 369
BARRINGTON, IL 60011


UNIVERSAL FIDELITY
16325 W HEIMIER RD
HOUSTON, TX 77082


VISTA HEALTH SYSTEM
1324 N SHERIDAN RD
WAUKEGAN, IL 60085


VISTS MEDICAL CENTER EAST
9100 COMMERCE WAY
BRENTWOOD, TN 37027


WCS CHIROPRACTIC
450 N SEYMOUR AVE
MUNDELEIN, IL 60060


WCS CHIROPRACTICE PC
450 N SEYMOUR AVE
MUNDELEIN, IL 60060


WORLD FINANCIAL NETWORK NATL BANK-AVENU
PO BOX 659584
SAN ANTONIO, TX 78265